# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Reasey,<br><br>    Plaintiff,<br><br>v.<br><br>Tang Dynasty LLC, et al.,<br><br>    Defendants. | **NO. CV-18-01643-PHX-SMM**<br><br>**JUDGMENT IN A CIVIL CASE** |

Pursuant to Plaintiff having accepted Defendants' offer of judgment, judgment is hereby entered against Defendants in the amount of $ 3,000.00 and this action is hereby terminated.

                                        Brian D. Karth
                                        District Court Executive/Clerk of Court

September 26, 2019

                                        s/ L. Dixon
                                    By  Deputy Clerk