# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Reasey, | No. CV-18-01643-PHX-SMM |
| Plaintiff, | **ORDER AND JUDGMENT IN A CIVIL CASE** |
| v. | |
| Tang Dynasty LLC, et al., | |
| Defendants. | |

Before the Court is Plaintiff Jennifer Reasey's Notice of Acceptance of Offer of Judgment. (Doc. 42.) Defendants AZXC LLC, Xiao Chong, Yanjun Meng, and Baode Chong served their offer of judgment on September 24, 2019 (Doc. 42-1), and Plaintiff filed her acceptance on September 25, 2019 (Doc. 42).

Accordingly,

**IT IS HEREBY ORDERED directing** the Clerk of Court to enter judgment in favor of Plaintiff Jennifer Reasey in the amount of $3,000.00.

**IT IS FURTHER ORDERED vacating** the Final Pretrial Conference set for Friday, October 25, 2019 at 10:00 a.m.

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this action in its entirety.

Dated this 25th day of September, 2019.

Honorable Stephen M. McNamee
Senior United States District Judge