AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Arizona

Reasey )
)
v. ) Case No.: CV-18-01643-PHX-SMM
)
AZXC LLC et al. )
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on  09/26/19  against  all Defendants ,
                                                               *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 400.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 453.80 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 0.00 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| TOTAL | $ 853.80 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  Jason Barrat

Name of Attorney: Jason Barrat

For:  Jennifer Reasey                                    Date:  09/25/2019
      *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____  By: _____  _____
*Clerk of Court*                     *Deputy Clerk*                     *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**Ashley Peschke**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, May 31, 2018 9:06 AM |
| **To:** | Ashley Peschke; Jason Barrat |
| **Subject:** | Pay.gov Payment Confirmation: AZD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Dana Genger at 602-322-7141.

Application Name: AZD CM ECF
Pay.gov Tracking ID: 26A19BUP
Agency Tracking ID: 0970-15557577
Transaction Type: Sale
Transaction Date: May 31, 2018 12:05:46 PM

Account Holder Name: Jason Barrat
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************2422

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

# *Owens Legal Service Corp.*

*8646 E. Dulciana Ave*
*Mesa, AZ 85208*

| INVOICE NO. |
|---|
| 5955 |

## INVOICE

6/11/2018

Zoldan Law Group, PLLC
14500 N. Northsight Blvd. # 213
Scottsdale, AZ 85260

| DESCRIPTION | AMOUNT |
|---|---|
| Service re: Reasey vs. Tang Dynasty | 222.60 |
| Service re: Tang         $ 32.00 | |
| Ma Yuchuan                16.00 | |
| 34 mi                     81.00 | |
| 2nd address               69.60 | |
| addl                      24.00 | |
| Total              $ 222.60 | |

**THE ZOLDAN LAW GROUP PLLC**
14500 N NORTHSIGHT BLVD., STE 213
SCOTTSDALE, AZ 85260-3661

91-2/1221-53    6424

Date 6/14/18

Pay to the order of Owens Legal Service Corp.   $ 222.60

Two-hundred twenty-two and 60/100 dollars

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

for Invoice 5955

$222.60

# *Owens Legal Service Corp.*

*8646 E. Dulciana Ave*
*Mesa, AZ 85208*

| INVOICE NO. |
|---|
| 5969 |

# INVOICE

7/6/2018

Zoldan Law Group, PLLC
14500 N. Northsight Blvd. # 213
Scottsdale, AZ 85260

| DESCRIPTION | AMOUNT |
|---|---|
| Service re: Reasey vs. AZXC | 153.60 |
| Service upon AZXC, X Chong & B Chong    $ 153.60 | |

**THE ZOLDAN LAW GROUP PLLC**
8100 E INDIAN SCHOOL RD., STE. 103
SCOTTSDALE, AZ 85251-2701

6209

91-2 / 1221-53

18.07.06
date

Pay to the order of  Owens Legal Service Corp    $ 153.60

One hundred fifty-three and 60/100 ———— dollars

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

for Invoice 5969

Total    $153.60

## *Owens Legal Service Corp.*

**8646 E. Dulciana Ave**
**Mesa, AZ 85208**

| INVOICE NO. |
|---|
| 5968 |

# INVOICE

7/9/2018

Zoldan Law Group, PLLC
14500 N. Northsight Blvd. # 213
Scottsdale, AZ 85260

| DESCRIPTION | AMOUNT |
|---|---|
| Service re: Reasey vs. AZXC LLC | 77.60 |
| Attempted service upon Meng | |

THE ZOLDAN LAW GROUP PLLC
8100 E INDIAN SCHOOL RD., STE. 103
SCOTTSDALE, AZ 85251-2701

6210
91-2/1221-53

18.07.10
date

Pay to the order of Owens Legal Service Corp. | $ 77.60

Seventy-seven and 60/100 ———— dollars

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

for Invoice 5968

| | Total | $77.60 |
|---|---|---|